Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**
**ATTN:**

U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY

---

K.H. ON BEHALF OF D.B.                                    plaintiff

- against -

NEW YORK CITY DEPARTMENT OF                               defendant
EDUCATION

Index No. **08 CV 0025**

Date Filed ..............

Office No.

Court Date:   /   /

---

STATE OF NEW YORK, COUNTY OF NEW YORK        :SS:

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
That on the **7th day of January, 2008** at **03:00 PM.**, at
%**MICHAEL A. CARDOZO, ESQ. C.N.Y LAW DEPT.**
**100 CHURCH ST, 4TH FL. NEW YORK, NY 10007**
I served a true copy of the
**SUMMONS AND COMPLAINT**
**JUDGES RULES**

upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
**JERRY BRADSHAW, CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
SEX: **MALE**        COLOR: **BLACK**        HAIR: **BALD**
APP. AGE: **45**     APP. HT: **5:9**        APP. WT: **170**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
7th day of January, 2008k

KENNETH WISSNER
Notary Public, State of New York
No. 01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

JOEL GOLUB   701893
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3MA7103622