UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

K.H., on behalf of D.B,

                        Plaintiff,

     -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                      Defendant.

------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 Civ. 0025 (TPG)

      **PLEASE** enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of defendant New York City Department of Education in the above-titled action.

Dated:      New York, New York
              January 28, 2008

                    MICHAEL A. CARDOZO
                    Corporation Counsel of the City of New York
                    Attorney for Defendants
                    100 Church Street, Room 2-301
                    New York, N.Y. 10007
                    (212) 788-0908
                    Fax: (212) 788-0940
                    tgantz@law.nyc.gov

                    By: ___s/_____
                        Toni Gantz (TG1198)
                        Assistant Corporation Counsel

cc:     Gary S. Mayerson
        Mayerson & Associates
        330 West 38th Street, Suite 600
        New York, NY 10018