# MEMO ENDORSED



**THE CITY OF NEW YORK**

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**TONI GANTZ**
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

FEB 28 2008

February 27, 2008

**BY HAND**
Hon. Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1630
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

Re:  <u>K.H. o.b.o. D.B. v. N.Y. City Dep't of Educ.</u>, 08 Civ. 0025

Dear Judge Griesa:

I write to report that the parties have reached agreement on the settlement of plaintiffs' claims in the above-referenced matter.

Although the parties do not anticipate any difficulties in finalizing the settlement documents, defendants request that their time to respond to the complaint be extended from today to April 28, 2008, which should permit the parties sufficient time to prepare and submit the settlement documents.

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

cc:   Gary S. Mayerson, Esq. (by facsimile)

Approved.
Thomas P. Griesa
US DJ 3/3/08